FILED

10/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0291

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0291

_____

WILFRED L. DOLL and CHERI L. DOLL,

        Plaintiffs, Counter-Defendants,
        Appellees, and Cross-Appellants,

   v.

LITTLE BIG WARM RANCH, LLC, LARRY H.
SMITH and MARK FRENCH,                     O R D E R

        Defendants, Counter-Plaintiffs,
        and Appellants.

_____

LEVI DOLL and SHEILA DOLL,

        Intervenors.

_____

Pursuant to the motion for extension of time filed by counsel for Appellees Wilfred and Cheri Doll, and Intervenors Levi and Sheila Doll, and good cause appearing,

IT IS HEREBY ORDERED that Appellees and Intervenors have until November 28, 2023, to file their response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 12 2023